UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAMALJIT SINGH,

Plaintiffs,

v.

TONYA ANDREWS, et. al.,

Defendants.

Case No. 1:26-cv-06466-JLT-FJS

ORDER GRANTING MANTAJ HANS' *PRO HAC VICE* APPLICATION

(ECF No. 7)

Before the court is the application of Mantaj Hans, attorney for Plaintiff Kamaljit Singh, for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The pro hac vice attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **August 21, 2026**

UNITED STATES MAGISTRATE JUDGE